# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents for and on behalf of Arizona State University, an Arizona body corporate,<br><br>Plaintiff,<br><br>v.<br><br>Digital Dream Media, Inc., a corporation; Brent Townsend, an individual; Raymond (Eddie) Coates, an individual; Millenium Vision Productions, a company; Sun Devil Angels, Inc., a corporation; Martin Slezak, an individual; Taryn It Up Entertainment, Inc., a corporation,<br><br>Defendants. | Case No. 2:13-CV-00398-PHX-SRB<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS TOWNSEND AND COATES AND DISMISSAL WITHOUT PREJUDICE AS TO OTHER NAMED DEFENDANTS** |

Upon stipulation by Plaintiff Arizona Board of Regents for and on behalf of Arizona State University ("ASU"), and Defendants Brent Townsend ("Townsend") and Raymond (Eddie) Coates ("Coates") (collectively, "Defendants"), and good cause appearing therefore, the Court hereby finds as follows:

1. ASU filed a Complaint with this Court against Townsend and Coates, among other named defendants, on February 25, 2013, asserting claims for cybersquatting, 15 U.S.C. § 1125(d); trademark infringement, 15 U.S.C. § 1114; trademark dilution, 15 U.S.C. § 1125(c); and unfair competition and false designation of origin, 15 U.S.C. § 1125(a) (collectively, the "Claims").

2. This Court has jurisdiction over Defendants, and over the Claims, pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338; venue is proper in this Court, pursuant to 28 U.S.C. § 1391.  Defendants have waived service of process.

3. ASU is the owner of multiple federally registered marks and common law marks for or incorporating SUN DEVIL (collectively, the "Sun Devil® Marks").

4. ASU has used one or more of the Sun Devil® Marks since at least 1947. As a result of ASU's longstanding and widespread use of the Sun Devil® Marks, those marks have become famous.

5. ASU also owns common law rights in marks for or incorporating SUN ANGEL™ (the "Sun Angel™ Mark").  (Collectively, the Sun Devil® Marks and the Sun Angel™ Mark shall be referred to as the "ASU Marks.").

6. Defendants and those acting in concert with them registered and used domain names and marks incorporating the ASU Marks, without permission from Plaintiff, in connection with an adult pornographic website called Sun Devil Angels.

7. Defendants' unauthorized use of the ASU Marks constitutes cybersquatting, trademark infringement, trademark dilution, and unfair competition.

Therefore, upon stipulation of ASU and Defendants, and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED as follows:

8. Judgment shall be, and hereby is, entered in favor of ASU and against Defendants on all of the Claims.

9. With respect to the other named defendants for which no proof or waiver of service has been filed, the Claims are hereby dismissed without prejudice.

10. By no later than May 20, 2013, Defendants and all those acting in concert with Defendants shall cease all use of Sun Devil Angels and any of the ASU Marks.

11. After May 20, 2013, Defendants and all those acting in concert with Defendants shall be permanently enjoined from using and from registering any name or mark incorporating any of the ASU Marks and any other name, mark, or indicia (i.e. colors, pitchfork, or mascots) of ASU.

12. ASU and Defendants have stipulated that no damages shall be awarded by the Court, and each party shall bear its own fees and costs.

13. Defendants have stipulated and agreed to entry of this Final Judgment and Permanent Injunction freely and without coercion.

14. Defendants have acknowledged that they have read the provisions of this Final Judgment and Permanent Injunction and are prepared to abide by them.

15. ASU and Defendants have stipulated that this Final Judgment and Permanent Injunction is not an admission of any intentional wrongdoing.

16. ASU and Defendants have acknowledged and submit to the jurisdiction of this Court with respect to the interpretation, enforcement, or modification of this Final Judgment and Permanent Injunction.

Dated this 22nd day of April, 2013.

_____
Susan R. Bolton
United States District Judge